**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

OptionMonster Holdings, Inc., et al.
Plaintiff,
v.
Case No.: 1:09−cv−07050
Honorable Virginia M. Kendall
Division Trading LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 11, 2010:

MINUTE entry before Honorable Virginia M. Kendall: Motion by Plaintiffs Guy Adami, Jon Najarian, Pete Najarian, OptionMonster Holdings, Inc. for extension of time to file response/reply [56] as to motion to dismiss/lack of jurisdiction [41]is granted. The parties represent that they have settled in principle. The briefing scheduled is revised as follows: Response due by 5/21/2010. Reply due by 5/28/2010. Court will rule by mail. The motion will not be hearing on 5/12/2010 as noticed.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.