JOSIN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OptionMonster Holdings, Inc., Jon Najarian, Pete Najarian, and Guy Adami,

Plaintiffs,

v.

Division Trading LLC d/b/a Pip Gainers, and Victor Williams,

Defendants.

Case No. 09-cv-7050

Judge Virginia M. Kendall
Magistrate Judge Sidney I. Schenkier

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and among counsel for plaintiffs OptionMonster Holdings, Inc., Jon Najarian, Pete Najarian, and Guy Adami ("Plaintiffs") and counsel for defendants Division Trading LLC d/b/a Pip Gainers, and Victor Williams ("Defendants") that, pursuant to Federal Rule of Civil Procedure 41 and the parties' Settlement Agreement, all claims asserted by either party against the other in this action are hereby dismissed, with prejudice, without costs or attorneys' fees to any party as against another.

Dated: May 21, 2010

/s/ Catherine E. James
Matthew C. Luzadder
Catherine E. James
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
T: (312) 857-7070
F: (312) 857-7095

*Attorneys for Plaintiffs*

Dated: May 21, 2010

/s/ Nancy A. Temple
Nancy Temple
KATTEN & TEMPLE, LLP
542 S. Dearborn, #1060
Chicago, IL 60605
T: (312) 663-0800
F: (312) 663-0900

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Catherine E. James, an attorney for Plaintiffs, certifies that on the 21st day of May, 2010, she caused a copy of the foregoing **Stipulation Of Dismissal With Prejudice** to be served upon the following via the Court's electronic filing system:

Nancy Temple
Katten & Temple
The Pontiac Building
542 South Dearborn Suite 1060
Chicago, IL 60605

PH: 312.663.0800
FX: 312.663.0900

Dated: May 21, 2010

/s/ Catherine E. James
Catherine E. James